UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| THOMAS W. FARR, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:16-CV-387-TAV-HBG |
| DR. PAUL NINER, | ) ) | |
| Defendant. | ) ) | |

### JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, Defendant Dr. Niner's motion for summary judgment [Doc. 151] is **GRANTED**, his motions in limine [Docs. 140, 141, 142, 143, 144] are **DENIED as moot**, and this action is **DISMISSED with prejudice**. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this dismissal would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ John L. Medearis
CLERK OF COURT